**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50297 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00688-AHM |
| v. | |
| MARIA LEON, a.k.a. Chata, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
A. Howard Matz, District Judge, Presiding

Submitted March 8, 2011[**]

Before:     FARRIS, LEAVY, and BYBEE, Circuit Judges.

Maria Leon appeals from her 100-month sentence for a racketeer influenced

and corrupt organizations conspiracy, in violation of 18 U.S.C. § 1962(d), and

conspiracy to distribute cocaine base in the form of crack cocaine, in violation of

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B).  Pursuant to *Anders v. California*, 386 U.S.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

738 (1967), Leon's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED,** and the sentence is **AFFIRMED.**